373 A.2d 1128

Commonwealth v. Jones et al., Appellants.

Argued March 15, 1977. William C. Costopoulos, with him Kollas and Costopoulos, for appellants; Reid H. Weingarten, Deputy District Attorney, with him LeRoy S. Zimmerman, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

373 A.2d 1129

Commonwealth v. Knight, Appellant.

Submitted September 13, 1976. Doris Applebaum, for appellant; William T. Nicholas, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.